# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

## NO. 24-1997

| | |
|---|---|
| KIMBERLY ASKA, | |
|     Plaintiff-Appellee, | On Appeal from the U.S. District Court for the |
| v. | Northern District of Illinois |
| MICHAEL SCHULTE, | No. 3:23-cv-50004 |
|     Defendant-Appellant. | Hon. Iain D. Johnston, Judge Presiding |

## DOCKETING STATEMENT

Defendant-Appellant Michael Schulte, by counsel, submits this statement in accordance with Circuit Rules 3(c)(1) and 28(a).

Jurisdiction in the district court was founded upon 28 U.S.C. §§ 1331, 1367 and 1346, in that plaintiff brought claims under the Constitution of the United States (purported *Bivens* claims) as well statutory claims under the Federal Tort Claims Act, 28 U.S.C. § 1346 (with the United States as defendant), and under 42 U.S.C. § 1983. Plaintiff invoked the district court's supplemental jurisdiction under 28 U.S.C. § 1367 as to related claims premised on state-law common law torts. Plaintiff principally asserted violations of the Fourth Amendment's prohibition against unreasonable searches and seizures.

The order sought to be reviewed is a Memorandum Opinion and Order entered on May 15, 2024 (R. 177). No motions claimed to toll the time within

1

which to appeal were filed. The Notice of Appeal (R. 185) was timely filed on June 10, 2024.

The appeal is from an order other than a final judgment adjudicating all claims against all parties. It is from an order denying appellant's motion to dismiss asserting qualified immunity. R. 177. Jurisdiction in the Court of Appeals is premised in 28 U.S.C. § 1291, in that denials of motions to dismiss on qualified immunity grounds, at least to the extent they turn on legal questions, constitute "final decisions" that are immediately appealable. *Mitchell v. Forsyth,* 472 U.S. 511, 526-27 (1985). Such appeals also provide appellate court jurisdiction to consider whether a plaintiff's complaint states a cause of action cognizable under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), a question that the district court answered in the affirmative in denying appellant's motion to dismiss. *Vance v. Rumsfeld,* 701 F.3d 193, 197-98 (7th Cir. 2012).

Dated: June 11, 2024

Respectfully Submitted,

MICHAEL SCHULTE

By: /s/ *Matthew D. Tanner*

Matthew D. Tanner (Counsel of Record)
Peter S. Roeser
**ROESER TANNER & GRAHAM LLC**
Two North Riverside Plaza, Ste. 1850
Chicago IL 60606
312-300-2522
mtanner@rtglaw.com
proeser@rtglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing Docketing Statement using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

<em>/s/ Matthew D. Tanner</em>