# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER: Circuit Rule 33 - Briefing

June 13, 2024

*By the Court*:

| No. 24-1997 | KIMBERLY ASKA,<br>    Plaintiff - Appellee<br><br>v.<br><br>MICHAEL SCHULTE,<br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-50004<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston ||

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The Appellant's brief and required short appendix will be due by July 29, 2024.
2. The Appellee's brief will be due by August 28, 2024.
3. The Appellant's reply brief, if any, will be due by September 18, 2024.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**  (form ID: **193**)